**No. 47200.**—Protest 42781–K of Dallas Waste Mills, Inc. (Los Angeles).

Opinion by KEEFE, J. From an examination of the record the court found nothing sufficient to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

**No. 47201.**—Protests 73008–K, etc., of J. C. Andressen et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47202.**—Protests 16900–K, etc., of Chas. Hall, Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MAY 14, 1942

**No. 47203.** Protests 971722–G, etc., of Great Eastern Packing & Paper Stock Corp. Plaintiff's application for rehearing denied.

MAY 18, 1942

**No. 47204.** —Protests 784540–G, etc., of W. R. Zanes & Co. Plaintiffs' application for rehearing granted.

MAY 13, 1942

**No. 47205.**—Suit 4359. *F. F. G. Harper Co.* v. *United States.* C. D. 449 affirmed. C. A. D. 201.

MAY 15. 1942

**No. 47206.**—Suit 4354. *United States* v. *Draeger Shipping Co., Inc.* Reap. Dec. 5118 affirmed. C. A. D. 199